MATILDA A. KOEHL, Appellant, v. ROBERT J. KOEHL, Respondent.— Motion granted and appeal dismissed, without costs.

JOSEPH T. MAYER, as Administrator, etc., Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Another, Respondents.— Motion granted, and appeal dismissed, with costs.

MINERVA F. YAUCK, Individually and as Executrix, etc., Appellant, v. JOHN J. McINERNEY and CHARLES B. BECHTOLD, Doing Business as a Partnership, etc., Respondents.— Motion granted and appeal dismissed, without costs.

Admitted to practice as attorneys and counselors at law upon examination: Horace F. Candee, of Syracuse, N. Y.; John Cady Parsons, Jr., of Marcellus, N. Y.

Admitted to practice as an official examiner of titles, upon renewal of bond: Dorr Viele, of Buffalo, N. Y.

MARGARET HYDE, Respondent, v. ARTHUR R. GRANT, Appellant.— Judgment and order reversed and a new trial granted, with costs to appellant to abide event. Held, that it is apparent from the amount of the verdict that the jury were influenced by the charge which in effect permitted them to render a verdict for damages caused to plaintiff's feelings by the information that an autopsy had been performed, without reference to whether it had been or not. Damages could not be predicated upon mere information, irrespective of whether the remains were actually mutilated, and the charge was in that respect erroneous and so prejudicial as to require a new trial. All concurred.

JOSEPH C. STULL and Another, Appellants, v. WILLIAM H. NORTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Held, plaintiffs assert that they did not by the contract acquire title to certain standing timber because defendants did not own and could not convey the title. This defendants deny. The judgment will necessarily determine whether the title passed. Section 982 of the Code, therefore, applies. All concurred.